# United States District Court
## for
### District of Arizona



U. S. A. vs. Austin Ryan Steinbart
Docket No. MJ-20-09119-001-PHX-ESW
AUSA: Raymond K. Woo
Defense Attorney: Benjamin Robert Good

1 - SEALED

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **JUSTIN LAUBY**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Austin Ryan Steinbart, who was released by the Honorable Deborah M. Fine sitting in the Court at Phoenix, on the 26th day of June, 2020, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1. Refrain from any use of alcohol and not use or possess any narcotic or other controlled substance defined by 21 U.S.C. 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice. This provision does not permit the use of possession of medicinal marijuana.

On September 1, 2020, the defendant admitted to smoking marijuana approximately ten to twenty times while under pretrial supervision. The defendant advised he last smoked marijuana on August 28th or 29th, 2020.

On September 1, 2020, the defendant admitted to consuming alcohol "a few times" while under pretrial supervision and signed an admission form.

2. Participate in drug/alcohol counseling/treatment and submit to drug/alcohol testing, including breathalyzer testing and make copayment toward the cost as directed by Pretrial Services. The defendant shall not interfere, obstruct or tamper in any way with the administration of any Court ordered substance abuse testing.

Page 2
RE: Austin Ryan Steinbart
September 1, 2020

On September 1, 2020, the defendant was found to be in possession of a Whizzinator, which is a device used to fake urinalysis tests and provide clean urine.

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_____     September 1, 2020
Justin Lauby                                                  Date
U.S. Pretrial Services Officer


Reviewed by
_____     September 1, 2020
Gilbert Lara                                                  Date
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 1 day of September, 2020, and ordered filed and made a part of the records in the above case.

_____
The Honorable DEBORAH M. FINE
U.S. Magistrate Judge