IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Austin Ryan Steinbart,<br><br>  Defendant. | 20-9119MJ<br><br>**ORDER OF DETENTION** |

Defendant was released on Pretrial Supervision on June 26, 2020. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of his release. Defendant was arrested and appears before the Court with counsel.

A Pretrial Release Revocation Hearing was held. Defendant admitted to Allegation 1 of the petition.

The Court finds based on Defendant's admission that he has violated conditions of his release as imposed by this Court on April 3, 2020, and as modified on June 26, 2020. Arguments made on the issue of continued detention, the Court finds that defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 9th day of September, 2020

_____
Michelle H. Burns
United States Magistrate Judge